

KHANH NGUYEN LAW OFFICE LLC

FAX 952-881-4181     MINNESOTA **952-888-3788**
*SE HABLA ESPAÑOL*     NEW YORK **917-395-0672**

KHANH N. NGUYEN, ATTORNEY     KIMBERLEY WOODS VANSELOW, ATTORNEY     CHRISTELLE MOUHANNA, ATTORNEY

DAMIAN PALACIOS, SR. LEGAL ASSISTANT     ARACELY DE LA ROSA, SR. LEGAL ASSISTANT     MARI CONTRERAS, SR. LEGAL ASSISTANT
ISELA SANCHEZ, LEGAL ASSISTANT     VERONICA GONZALEZ, LEGAL ASSISTANT     INGRID MÉNDEZ LÁREZ, LEGAL ASSISTANT
SUE MCDONALD, LEGAL ASSISTANT     AMERICA ORTIZ, LEGAL ASSISTANT     EMORY ROSENOW, LEGAL ASSISTANT
NATALIE PEREZ, LEGAL ASSISTANT     ELIA LARA CORIA, RECEPTIONIST     ESTEFANIA LARA CORIA, RECEPTIONIST
CHASIDY BUSTAMANTE, LEGAL ASSISTANT

July 17, 2026

**Re:    26-1226**

**Jose Anaya, Petitioner – Appellee, v. Markwayne Mullin, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement; David Easterwood, Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; Todd Blanche, Acting U.S. Attorney General; Executive Office for Immigration Review; Warden, ERO El Paso Camp East ICE Detention Center, El Paso, Texas Respondents – Appellants.**

Dear Clerk:

Petitioner would like to inform the Court that he is not filing a response brief to Appellants' appeal as the case is moot given his release from DHS' custody without having Petitioner posted bond. DHS did not appeal the immigration Judge's decision.

Thank you for your attention with this matte**r.**

Sincerely,

/ss/Khanh Ngoc Nguyen

Khanh Ngoc Nguyen
Attorney at Law

**MINNESOTA**     www.knnlawoffice.com     **NEW YORK**
1001 WASHINGTON AVE S     info@knnlawoffice.com     27 E 28TH STREET, UNIT 733
MINNEAPOLIS, MN 55415     Text/SMS: 612-255-5150     NEW YORK, NY 10016