# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1226

Jose Alfredo Anaya

Appellee

v.

Markwayne Mullin, Secretary, U.S. Department of Homeland Security, et al.

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-00480-JMB)

---

**ORDER**

The court hereby orders attorney Khanh Ngoc Nguyen to file a brief on behalf of appellee. The brief shall be due on December 4, 2026, and no extensions of time will be granted.

November 4, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler